174 So.2d 131

**STATE of Louisiana**

v.

**Jack C. FRUGE and Elouise Stegall.**

No. 47721.

May 3, 1965.

In re: Jack C. Fruge and Elouise Stegall applying for writs of certiorari (review), prohibition, mandamus and for a stay order.

Writ refused. This court will not exercise its supervisory jurisdiction and interfere with orderly proceedings in the trial court, particularly where applicants have an adequate remedy by appeal in the event of a conviction.

174 So.2d 132

**STATE of Louisiana**

v.

**Sam SPIVEY, Jr.**

No. 47740.

May 3, 1965.

In re: Sam Spivey, Jr. applying for writs of certiorari and prohibition.

Writs denied. There are no perfected bills of exceptions. See La.Code of Crim. Proc. Art. 499, LSA–R.S. 15:499; State v. Richardson, 220 La. 338, 56 So.2d 568; State v. McDonald, 218 La. 198, 48 So.2d 797; State v. Foret, 245 La. 70, 156 So.2d 606, 245 La. 187, 157 So.2d 733; and State v. Green et al., 245 La. 1081, 162 So.2d 573. Moreover, there is no error patent on the face of the record.

174 So.2d 132

**STATE of Louisiana**

v.

**Dorothea BRADFORD.**

No. 47741.

May 3, 1965.

In re: Dorothea Bradford applying for writs of prohibition and certiorari.

Writs denied. There are no perfected bills of exceptions. See La.Code of Crim. Proc. Art. 499, LSA–R.S. 15:499; State v. Richardson, 220 La. 338, 56 So.2d 568; State v. McDonald, 218 La. 198, 48 So.2d 797; State v. Foret, 245 La. 70, 156 So.2d 606, 245 La. 187, 157 So.2d 733; and State v. Green et al., 245 La. 1081, 162 So.2d 573. Moreover, there is no error patent on the face of the record.